UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

FILED
DEC 14 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Jonathan Lee Riches©,
Plaintiff

V.                                   CIVIL NO: 07-5279

Johnny Depp; Keira Knightley; Orlando Bloom;
Pirates of the Caribbean,
Defendant's

## Complaint
### 42 USC 1983 / Civil Rights / Theft of my Acting Career

Comes Now the Plaintiff, Jonathan Lee Riches, in pro-se, under 42 USC 1983 and a Restraining order. Defendants plan to start a movie about my federal conviction. "Johnny Depp of Identity theft" by Lionsgate. I was told this through a letter. Defendants also are violating my constitutional rights, by advocating, aiding and abetting my mistreatment in federal prison. My civil rights are violated by Defendants and Pirates, who keep me over 500 miles away from my home. Defendants are in a conspiracy with the prison phone system to price gouge rates. I can't make collect calls, Knightley won't answer my letters for help. Today for lunch, I was only served baked beans that were cold on 12-10-07, this is a civil rights violation. Defendants are blocking my attempts to move back to Rittenhouse sq. in Philadelphia. Defendants took my 2008 season tickets to the Flyers games and are in with Fumo. Plaintiff's Liberty is in danger, I seek $25 million, my federal appeal, and a restraining order.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©